1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                  FRESNO DIVISION

11

12    JASON J. ROCHA,                              1:13-cv-01047-GSA-PC

13              Plaintiff,                         ORDER GRANTING APPLICATION TO
                                                   PROCEED IN FORMA PAUPERIS
14         v.                                      (#2)
                                                            and
15    MERCED COUNTY SHERIFF'S
      DEPARTMENT,                                  ORDER DIRECTING PAYMENT
16                                                 OF INMATE FILING FEE BY
              Defendant.                           STANISLAUS COUNTY SHERIFF
17    _____/

18         Plaintiff, Jason J. Rocha (BK# 1327239) is a prisoner proceeding pro se pursuant to 42

19    U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20    Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in

21    forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for

22    this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount

23    of twenty percent of the preceding month's income credited to plaintiff's trust account.  The

24    Stanislaus County Sheriff or his/her designee is required to send to the Clerk of the Court payments

25    from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory

26    filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27    ///

28    ///

1    In accordance with the above and good cause appearing therefore, IT IS HEREBY

2    ORDERED that:

3          1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

4          **2.  The Stanislaus County Sheriff or his/her designee shall collect payments from**

5    **plaintiff's inmate trust account in an amount equal to twenty per cent (20%) of the preceding**

6    **month's income credited to the inmate's trust account and shall forward those payments to the**

7    **Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28**

8    **U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**

9    **the Court.  The payments shall be clearly identified by the name and number assigned to this**

10   **action.**

11         3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

12   plaintiff's in forma pauperis application on the Stanislaus County Sheriff, via mail at 250 E. Hackett

13   Road, Modesto, CA 95358.

14         4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

15   Department, U.S.  District Court, Eastern District of California, Fresno Division.

16         5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

17   certified copy of his prison trust account statement for the six-month period immediately preceding

18   the filing of the complain, if plaintiff has not already done so.

19    IT IS SO ORDERED.

20    Dated:   __**July 11, 2013**__          _____**/s/ Gary S. Austin**_____
                                               UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                    -2-