UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. ROCHA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MERCED COUNTY SHERIFF'S DEPARTMENT,<br><br>            Defendant. | 1:13-cv-01047-GSA-PC<br><br>ORDER DIRECTING CLERK TO CORRECT PLAINTIFF'S BOOKING NUMBER ON THE COURT RECORD FROM #1327239 TO #1327223 |

On July 29, 2013, Plaintiff Jason J. Rocha filed a notice informing the court that his booking number on the court record is incorrect and requested a correction. (Doc. 6.)

Good cause appearing, IT IS HEREBY ORDERED that the Clerk correct Plaintiff's booking number on the court record from #1327239 to #1327223.

IT IS SO ORDERED.

   Dated:  **August 2, 2013**                                **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE