# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. ROCHA,<br><br>         Plaintiff,<br><br>   vs.<br><br>MERCED COUNTY SHERIFF'S DEPARTMENT,<br><br>         Defendant. | 1:13-cv-01047-GSA-PC<br><br>ORDER DIRECTING CLERK TO CORRECT PLAINTIFF'S BOOKING NUMBER ON THE COURT RECORD FROM #1327239 TO #1327223 |

     On July 29, 2013, Plaintiff Jason J. Rocha filed a notice informing the court that his booking number on the court record is incorrect and requested a correction.  (Doc. 6.)

     Good cause appearing, IT IS HEREBY ORDERED that the Clerk correct Plaintiff's booking number on the court record from #1327239 to #1327223.

IT IS SO ORDERED.

    Dated:   **August 2, 2013**                              **/s/ Gary S. Austin**
                                                                               UNITED STATES MAGISTRATE JUDGE